UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                               CRIMINAL NO. 2:07CR15KS-MTP

MICHAEL JORDAN                                                        DEFENDANT

## ORDER ALLOWING REMISSION OF REMAINING FINE BALANCE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#50] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on December 5, 2007, is hereby remitted.

SO ORDERED, this the ___19th___ day of April, 2017.

                                                  s/Keith Starrett
                                                HONORABLE KEITH STARRETT
                                                UNITED STATES DISTRICT JUDGE